IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01021-WYD-CBS

MARCIA KING,

    Plaintiff,

v.

TIMOTHY R. TORRES,
in his individual and official capacity;
ANTHONY J. WILKERSON,
in his individual and official capacity;
PATRICK G. WALKER,
in his individual and official capacity;
NICOLE DRAKE,
in her individual and official capacity; and
THE CITY AND COUNTY OF DENVER,
a municipal corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Amend Caption to Correct spelling of First Name of Defendant, Nicole Drake (*doc. no. 15)* is **GRANTED**. The caption in this action shall be amended to correctly spell Defendant Drake's first name as "Nicole" and that hereafter all pleadings in this action shall bear such corrected caption as amended.

    IT IS FURTHER ORDERED that "Proposed Pretrial Order Amending Caption" (*doc. no. 16)* is STRICKEN. Parties are directed to D.C. COLO. ECF. PROC.V.L "Proposed Orders" and may contact the ECF Help Desk at 303.335.2050 for assistance with future filings.

**DATED:**    August 16, 2007