IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01021-WYD-CBS

MARCIA KING,

      Plaintiff,

v.

TIMOTHY R. TORRES, in his individual and official capacity;
ANTHONY J. WILKERSON, in his individual and official capacity;
PATRICK G. WALKER, in his individual and official capacity;
NICOLE DRAKE, in her individual and official capacity; and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

      Defendants.

---

## ORDER OF DISMISSAL OF CLAIMS AGAINST NICOLE DRAKE

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal of All

Claims against Defendant Nicole Drake (filed February 5, 2008).  The Stipulation seeks

a dismissal of the case with prejudice of all claims against Nicole Drake pursuant to

FED. R. CIV. P. 41(a)(1).  After a careful review of the Stipulation and the file, I conclude

that the Stipulation should be approved and the claims dismissed against Defendant

Nicole Drake.  Accordingly, it is

ORDERED that the Stipulation of Dismissal of All Claims Against Nicole Drake is

**APPROVED**.  The claims against Defendant Nicole Drake are **DISMISSED WITH**

**PREJUDICE**.  It is

FURTHER ORDERED that this case is now terminated as Plaintiff's claims against all Defendants have now been dismissed.  The Court will, however, issue a ruling on Plaintiff's Motion for Attorney Fees and Costs once it is fully briefed.

Dated:  February 5, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge