IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01021-WYD-CBS

MARCIA KING,

    Plaintiff,

v.

TIMOTHY R. TORRES, in his individual and official capacity;
ANTHONY J. WILKERSON, in his individual and official capacity;
PATRICK G. WALKER, in his individual and official capacity;
NICOLE DRAKE, in her individual and official capacity; and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion for Leave to File Sur-Reply to Reply to Response to Plaintiff's Motion for Attorney Fees and Costs [doc. #42], filed March 21, 2008, is **GRANTED.** Defendants shall file their Sur-Reply, which shall be limited to five pages, not later than **Monday, March 31, 2008.** No further pleadings will be allowed on the issue of attorney fees.

    Dated: March 21, 2008.